IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAN PICKELL,

      Plaintiff,   No. 2:12-cv-0373 GEB DAD PS

    v.

STEPHEN P. SANDS, et al.,   ORDER

      Defendants.

_____/

      Plaintiff is proceeding pro se in the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On December 5, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 5, 2012 (Doc No. 16) are adopted in full;

2. Defendants' April 9, 2012 motion to dismiss (Doc. No. 7) is denied without prejudice; and

3. Defendants shall file a responsive pleading within thirty days of the date this order is filed.

Dated: January 18, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2